IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN BABCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEMS, INC., NEBRASKA METHODIST COLLEGE OF NURSING & ALLIED HEALTH, and DEAN MANTERNACH,<br><br>Defendants. | **8:24CV16**<br><br><br>**ORDER** |

On February 9, 2024, Plaintiff filed a motion for leave to file her second amended complaint. Filing No. 5. The motion did not indicate whether it was opposed. *Id*. The parties have now filed a joint stipulation agreeing that Plaintiff's motion is unopposed, and that Defendants will have 21 days to file a responsive pleading. Filing No. 10.

Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation, Filing No. 10, is adopted.
2. Plaintiff's Motion to Amend Complaint, Filing No. 5, is granted. Plaintiff shall file her second amended complaint, a copy of which is attached to her motion, on or before February 23, 2024.
3. Defendants shall file an answer or other responsive pleading 21 days after the filing of Plaintiff's second amended complaint.

Dated this 16th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge